## SUPREME COURT.

### In the Matter of Opening Lexington Avenue.

*Laches, in moving to set aside report of commissioners.*

The report of commissioners of estimate and assessment in street opening cases in the city of New York will not be set aside for fraud, mistake or irregularity, where the moving party has been guilty of laches in making the application, and the public have been allowed, for considerable time, to act upon it as confirmed.

*New York Special Term, June,* 1874.

THE report of the commissioners of estimate and assessment for opening Lexington avenue, from One Hundred and Second street to Harlem river, was confirmed February 14, 1874. On the 12th of June, 1874, an order to show cause was granted, returnable June fifteenth, why the report should not be set aside, for fraud, mistake and irregularity. The motion was made on behalf of Peter A. H. Jackson and S. S. Stevens, owners of land taken, and various affidavits were submitted in support of the grounds taken in the order to show cause, all of which were traversed in answering affidavits.

*Ira D. Warren & W. B. Larned,* for motion.

*James A. Deering, Wheeler H. Peckham & E. Delafield Smith,* counsel to the corporation, opposed.

DAVIS, *P. J.*— In my opinion, the application comes too late. The moving party should not have permitted the pro-

In the Matter of Lexington Avenue.

ceedings to have gone on to their present state before taking steps to correct the alleged error. Public policy requires that the confirmation should not be disturbed when assessments have been collected, and both the city and citizens put in relations where their rights must be seriously affected and prejudiced by disturbing the confirmation.

Motion denied.